IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CANARD HERNDON,
D.O.C. # 305460,

    Plaintiff,

v.                                                          4:21cv366–WS/MAF

OFFICER MALLARD, OFFICER
WHITEHEAD, and SERGEANT EMSLY,

    Defendants.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed September 7, 2021. The magistrate judge recommends that this action be transferred to the Middle District of Florida. No objections to the report and recommendation have been filed.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

DONE AND ORDERED this ____8th____ day of ___October___, 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE